DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES** and **GAIL FAIDLEY,**
Appellants,

v.

**STATE FARM INSURANCE COMPANY,**
Appellee.

No. 4D20-198

[March 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE17-1228(21).

Erin M. Berger and Melissa A. Giasi of Giasi Law P.A., Tampa, for appellants.

Kristi Bergemann Rothell of Methe & Rothell, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***